UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LUNKENHEIMER COMPANY, *et al.*, | : | Case No. 1:11-cv-824 |
| Plaintiffs, | : | Judge Timothy S. Black |
| vs. | : | |
| TYCO FLOW CONTROL PACIFIC PTY LTD., *et al.*, | : | |
| Defendants. | : | |

**ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR ADDITIONAL TIME WITHIN WHICH TO OBTAIN NEW COUNSEL AND TO FILE A REPLY TO DEFENDANTS' COUNTERCLAIM (Doc. 47)**

This civil case is before the Court on Plaintiffs' motion for additional time within which to obtain new counsel and to file a reply to Defendants' counterclaim. (Doc. 47).

On August 28, 2012, Plaintiffs' counsel were granted leave to withdraw from representing Plaintiffs, and the Court ordered Plaintiffs to obtain new counsel forthwith and file their reply to the Counterclaim on or before October 19, 2012. (Doc. 30).

On October 23, 2012, after Plaintiffs had failed to comply, the Court ordered them to show cause why the case should not be dismissed or to secure counsel and file their reply to the Counterclaim within fourteen days. (Doc. 46).

Now Plaintiffs move for sixty additional days within which to comply with the Court's Order. (Doc. 47). Defendants understandably, and vociferously, oppose the extension. (Doc. 48).

Because sixty days is excessive in light of the significant delay already caused by Plaintiffs' failure to comply with the orders of the Court, Plaintiffs' motion is

-2-

**GRANTED ONLY IN PART.** Plaintiffs shall have **THIRTY DAYS** from the entry of this Order to secure counsel and file a reply to the Counterclaim, i.e., **by December 14, 2012.**

**IF PLAINTIFFS FAIL TO COMPLY WITH THIS ORDER, THE COURT WILL DISMISS PLAINTIFFS' CLAIMS AND WILL ENTER JUDGMENT AGAINST PLAINTIFFS ON DEFENDANTS' COUNTERCLAIMS.**

**IT IS SO ORDERED**.

Date:  November 14, 2012         *s/ Timothy S. Black*
                                  Timothy S. Black
                                  United States District Judge