UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

THE LUNKENHEIMER COMPANY, *et al.*,
    Plaintiffs,

vs.

TYCO FLOW CONTROL PACIFIC PTY LTD., *et al.*,
    Defendants.

Case No.   1:11-cv-824

Judge Timothy S. Black

## AMENDED CALENDAR ORDER

This civil action is before the Court on Plaintiffs' and Counter Defendants' Motion to Vacate Calendar Order (Doc. 70) and Defendants' and Counter Claimants' memorandum contra (Doc. 71). For good cause shown, the motion is hereby GRANTED. The previous Calendar Order (Doc. 66) is VACATED and the Court enters the following Amended Calendar Order:

| | |
|---|---|
| Motions to amend the pleadings and add additional parties: | **August 17, 2013** |
| Disclosure of lay witnesses: | **August 17, 2013** |
| Status conference by telephone parties shall call into 1-888-684-8852:[1] | **August 15, 2013 at 10:00 a.m.** |
| Discovery deadline: | **October 15, 2013** |
| Disclosure of primary expert witnesses: | **November 15, 2013** |
| Disclosure of rebuttal expert witnesses: | **December 14, 2013** |
| Dispositive motion deadline: | **January 14, 2014** |
| Status conference by telephone parties shall call into 1-888-684-8852:[1] | **February 18, 2014 at 10:30 a.m.** |
| Final pretrial conference in Cincinnati Chambers, room 815: | **May 5, 2014 at 11:30 a.m.** |
| Jury Trial in Cincinnati: | **May 12, 2014 at 9:30 a.m.** |

**IT IS SO ORDERED**.

Date:   4/18/2013

                                                  *s/ Timothy S. Black*
                                                  Timothy S. Black
                                                  United States District Judge

---

[1] Counsel shall call: 1-888-684-8852; Access code: 8411435; Security code: 123456, and wait for the Court to join the conference.