# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OHIO
# WESTERN DIVISION

| | |
|---|---|
| **THE LUNKENHEIMER COMPANY, INC., et al.** | Case No. 1:11-cv-824 |
| Plaintiffs, | Judge: Timothy S. Black |
| vs. | |
| **TYCO FLOW CONTROL PACIFIC PTY LTD., et al.** | |
| Defendants/Counterclaim Plaintiffs, | **NOTICE OF APPEARANCE AS CO-COUNSEL** |
| vs. | |
| **THE LUNKENHEIMER COMPANY, INC., et al.** | |
| Counterclaim Defendants. | |

To:	The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as co-counsel with attorney Patrick J. Hanley on behalf of the following parties:

Plaintiffs Lunkenheimer Company, Uswatta Partners, LLC, Uswatta Partners, and Consolidated Valves, Ltd.;

Counter Defendants The Estate of Sheila Desilva, Dr. Bernard Desilva, Uswatta Partners, LLC, Conflow Manufacturing, Inc., Lunkenheimer-Energovalves, Inc., Lunkenheimer Company, Inc., Lunkenheimer Company Ltd., and Consolidated Valves, Ltd.

1

Respectfully submitted,

**/s/ J. Thomas Hodges**
J. Thomas Hodges (0082511)
*Attorney for Plaintiffs*
708 Walnut Street, Ste. 600
Cincinnati, OH  45202
(phone) 513.421.8454
tom@jthlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct of the foregoing was served electronically on April 29, 2013 to all counsel of record through the Court's ECF system.

**J. Thomas Hodges**
Attorney for Plaintiffs