IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE LUNKENHEIMER COMPANY, *et al.* ) <br> ) <br> ) CASE NO. 1:11-CV-824-TSB-KLL <br> Plaintiffs, ) <br> ) DISTRICT JUDGE BLACK <br> ) <br> v. ) <br> ) <br> PENTAIR FLOW CONTROL PACIFIC PTY ) <br> LIMITED, ) <br> ) <br> ) <br> ) <br> Defendant. ) <br> ) | |

**OPPOSITION OF DEFENDANT/COUNTERCLAIM PLAINTIFF, PENTAIR FLOW CONTROL PACIFIC PTY LIMITED, TO MOTION FOR LEAVE**

In an Order dated June 28, 2014, this Court denied the Plaintiffs/Counterclaim Defendants'[1] request for a thirty (30) day extension to respond to Pentair Flow Control Pacific Pty Limited's ("PFCP") Counterclaims. *See* Dkt. No. 123. In so doing, this Court recognized that the "delay caused by Plaintiffs/Counterclaim Defendants has become extraordinary and egregious, and Defendants/Counterclaimants are being denied their due process rights by these repeated, inexplicable, unjustified postponements." *Id.* at 2 (noting that "[o]ver the course of this litigation, Plaintiffs/Counterclaim Defendants have requested repeated continuances, which have amounted to 150 additional days to merely respond to Defendants/Counterclaimants' Counterclaims"). Now, twenty-eight (28) days after the Court denied their request for a thirty (30) day extension, the Plaintiffs/Counterclaim Defendants "ask leave of the Court to file this, their Memorandum in Support" of the Motion to Dismiss filed by Intervenor, Nilmini Klur. *See*

---

[1] "Plaintiffs/Counterclaim Defendants" shall refer herein to all Plaintiffs/Counterclaim Defendants except Nilmini Klur, in her individual capacity, or otherwise.

Dkt. No. 128.  In other words, the Plaintiffs/Counterclaim Defendants seek to avail themselves of the thirty (30) day extension this Court has already denied.

The current request for leave not only ignores this Court's prior Order and the Due Process Rights of PFCP, but it also violates numerous Local Rules.  For example, the filing contains no separate motion as required by Local Rule 7.2(a)(1).  Moreover, to the extent the present motion can be construed as a motion for an extension of time or a motion by which other parties might reasonably give their consent, it further violates Local Rules 7.3(a) and 7.4(b).  In reality, the instant motion is a belated and inappropriate motion for reconsideration of the Court's June 28, 2014 Order.  See *FT Express v. Conley*, No. 12-393, 2013 U.S. Dist. LEXIS 29013, at *3, n. 4 (S.D. Ohio Mar. 4, 2013) (Black, J.) ("A motion for reconsideration should not provide the parties with an opportunity for a second bite at the apple"); *id.* at *7 ("It is well-established that motions for reconsideration do not provide a vehicle for a party to undo its own procedural failures") (quotation omitted)).

Plaintiffs/Counterclaim Defendants' motion is without substantive merit as it parrots the same arguments, advances the same unsupported legal assertions and relies on the same tortured contractual interpretation as Nilmini Klur's Motion to Dismiss.  This motion similarly ignores the alternative nature of PFCP's pleadings.  Nonetheless, should the Court wish for PFCP to respond to any argument presented by Plaintiffs/Counterclaim Defendants, PFCP will do so.

**PEPPER HAMILTON LLP**

*/S/ M. Kelly Tillery*
John C. Hansberry, (Ohio Reg. 0065673)
PEPPER HAMILTON LLP
500 Grant Street, 50th Floor
Pittsburgh, PA 15218-2502
(412) 454-5000
(412) 281-0717 (fax)
Email: hansberj@pepperlaw.com

and

M. Kelly Tillery*
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000
(215) 981-4750 (fax)
Email: tilleryk@pepperlaw.com

*Admitted *Pro Hac Vice.*

*Attorneys for Defendant/Counterclaim Plaintiff, Pentair Flow Control Pacific Pty Limited*

Dated: July 29, 2014

-3-

## **CERTIFICATE OF SERVICE**

I, M. Kelly Tillery, hereby certify that on July 29, 2014, I served a true and correct copy of the Opposition to Motion for Leave in the manner indicated below on the following:

**Via ECF System**

Jeffrey M. Eilender, Esq.
SCHLAM STONE & DOLAN LLP
26 Broadway
New York, New York 10004

Firooz T Namei, Esquire
McKinney & Namei Co., LPA
15 E. 8th St.
Cincinnati, Ohio 45202

                                               */S/ M. Kelly Tillery*
                                               M. Kelly Tillery, Esquire

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| THE LUNKENHEIMER COMPANY, *et al.* | ) |
| | ) |
| | ) CASE NO. 1:11-CV-824-TSB-KLL |
| | ) |
| Plaintiffs, | ) DISTRICT JUDGE BLACK |
| | ) |
| v. | ) |
| | ) |
| PENTAIR FLOW CONTROL PACIFIC PTY LIMITED, | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **ORDER**

AND NOW this _____ day of August, 2014, upon consideration of Plaintiffs/Counterclaim Defendants' Motion for Leave, and Pentair Flow Control Pacific Pty Limited's Opposition thereto, it is hereby ORDERED that the Motion for Leave is DENIED.

BY THE COURT:

_____
Timothy S. Black, United States District Judge

5